No. 88–5468.   JONES v. BOARD OF POLICE COMMISSIONERS ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 88–6634.   BATTLE v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 88–6638.   EVANS v. UNITED STATES.   Ct. Mil. App. Certiorari denied.

No. 88–6742.   DEEL v. JACKSON, COMMISSIONER, VIRGINIA DEPARTMENT OF SOCIAL SERVICES, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 88–6792.   VOLK v. HOBSON ET AL.   C. A. Fed. Cir.   Certiorari denied.

No. 88–6794.   SKAGGS v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 88–6870.   BURKS v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 88–6876.   HOPE v. DERWINSKI ET AL.   C. A. 8th Cir. Certiorari denied.

No. 88–6956.   DESDUNES v. LOUISIANA.   Sup. Ct. La.   Certiorari denied.

No. 88–6958.   LIGHTSEY v. YEAGER, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 88–6961.   OWEN v. FLORIDA.   Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 88–6962.   THOMPSON v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 88–6973.   BEAL v. SETZER, SUPERINTENDENT, McDOWELL CORRECTIONAL CENTER AT MARION, NORTH CAROLINA, ET AL. C. A. 4th Cir.   Certiorari denied.